

STEVEN S. ALM
United States Attorney
District of Hawaii

ELLIOT ENOKI
First Assistant U.S. Attorney

CHRIS A. THOMAS
Assistant U.S. Attorney
Room 6100, PJKK Federal Building
300 Ala Moana Blvd., Box 50183
Honolulu, Hawaii  96850
Telephone:  541-2850

Attorneys for Plaintiff
UNITED STATES OF AMERICA

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CR. NO. |
| Plaintiff, | ) ) | INDICTMENT |
| vs. | ) ) | [8 U.S.C. §1326(a)] |
| UBALDO DELGADO-NUNEZ, | ) ) | |
| Defendant. | ) ) | |

### INDICTMENT

The Grand Jury charges that:

On or about December 13, 2000, within the District of Hawaii, the Defendant, **UBALDO DELGADO-NUNEZ**, was found in the United States after having been arrested and then removed from the United States on January 28, 1999, without first having obtained the consent of the Attorney General to reenter the United States, in violation of Title 8, United States Code, Section 1326(a).

DATED: Dec 27 , 2000 at Honolulu, Hawaii.

A TRUE BILL

/s/

_____
FOREPERSON, GRAND JURY

_____
STEVEN S. ALM
United States Attorney
District of Hawaii

_____
ELLIOT ENOKI
First Assistant U.S. Attorney

_____
CHRIS A. THOMAS
Assistant U.S. Attorney

United States v. Ubaldo Delgado-Nunez
"Indictment"
Cr. No. _____

2